IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GARRY STAPLETON                                                                                           PLAINTIFF
#672666

v.                                        No. 4:23-cv-01124-LPR-JTK

DOE, et al.                                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney.[1]  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Amicus Brief and Relief (Doc. 5) is DENIED.

IT IS SO ORDERED this 5th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.